1

**FERMAN W. SIMS, ESQ.    SB#038696**
519 "H" Street

2

Crescent City, Ca. 95531

3

Telephone: (707) 465-5555
Fax:    (707) 465-4454

4

simscalaw@yahoo.com
Attorney for Defendant

5

6

7

### IN THE UNITED STATES DISTRICT COURT

8

### NORTHERN DISTRICT OF CALIFORNIA

9

JEFF HOHLBEIN                                **CASE NO: 07-05953 MEJ**
        Plaintiff,

10

v.

11

DANIEL BALDWIN, individually            **ANSWER TO COMPLAINT FOR**
And dba BISTRO GARDENS                  **INJUNCTIVE RELIEF AND**

12

BISTRO GARDENS RESTAURANT               **DAMAGES; DENIAL OF CIVIL**
And DOES ONE TO FIFTY, inclusive        **RIGHTS OF A DISABLED PERSON**

13

                                        **IN VIOLATION OF THE AMERICAN**
        Defendants                       **WITH DISABILITIES ACT OF 1990;**

14

                                        **VIOLATION OF CALIFORNIA'S**

15

_____/            **CIVIL RIGHTS STATUTES**

16

17

        COME NOW Defendant DANIEL BALDWIN, and answers the complaint on file herein
as follows:

18

### PRELIMINARY ALLEGATIONS

19

        In answer to the unverified Complaint filed herein defendant, DANIEL BALDWIN

20

denies generally each and every allegation in the Complaint.  Defendants further denies that

21

plaintiff suffered injury or damage of any nature whatsoever, by reason of any act or omission by

22

defendant; and further denies that any sum at all is due and owing from defendant to plaintiff;

23

and further denies that plaintiff is entitled to any legal or equitable relief whatsoever from these

24

answering defendant.

25

        In addition to the foregoing, Defendant upon information and belief alleges the following

26

affirmative defenses:

27

28

**AFFIRMATIVE DEFENSES**

AS AND FOR A FIRST AFFIRMATIVE DEFENSE, to each purported cause of action, Defendant alleges that each purported cause of action fails to state facts sufficient to constitute a cause of action against this answering Defendant, and that the complaint fails to state a cause of action against any answering Defendant.

AS AND FOR A SECOND AFFIRMATIVE DEFENSE, Defendant states that the injuries and damages Plaintiff complains of, if any, resulted from the acts and/or omissions of others, and without any fault on the part of this answering Defendant.

AS AND FOR A THIRD AFFIRMATIVE DEFENSE, Defendant alleges that there has been no violation of the Unruh Civil Rights Act, in that his/her/its refusal to allow Plaintiff to use the restroom facilities at his/her/its business establishment is not discriminatory, but is caused by structure of the building which was constructed prior to the enactment of said act with no request for renovation or renovations by Defendant since acquiring ownership to same in 2006.

AS AND FOR A FOURTH AFFIRMATIVE DEFENSE, Defendant responded timely to the complaints of Plaintiff that he found regarding the issues raised by Plaintiff regarding his establishment in his Complaint.

AS AND FOR A FIFTH AFFIRMATIVE DEFENSE, Defendant alleges Plaintiff has not met his burden of proof that he has standing to pursue his claim.

WHEREFORE, Defendants pray that:

1.     Plaintiff take nothing by his Complaint on file herein;

2.     Defendant have judgment against Plaintiff;

3.     Defendant be awarded his costs of suit;

4.     Defendants be awarded reasonable attorney's fees under Rule 11 and/or on the grounds that the action is brought without good faith belief that the facts or applicable law support recovery;

5.     Defendant be awarded reasonable attorney's fees pursuant to California Code of Civil Procedure § 1021.7 on the grounds that the purported State claims are brought without a good faith belief that the facts or applicable law support recovery; and

6.     For such other and further relief as the Court deems proper.

Dated: January 8, 2008

Respectfully submitted,

/S/

FERMAN W. SIMS, Attorney for
Attorney for Defendant Daniel Baldwin

1

2

3

**PROOF OF SERVICE BY MAIL**
**(By Person Depositing in Mail)**
**(CCP §1013a(1))**

4

**JEAN F. KOLL** certifies and declares as follows:

5

6

I am over the age of eighteen (18) years, and not a party to this action.  My business address is 519 "H" Street; Crescent City, CA 95531, which is located in the county where the mailing described below, took place.

7

8

On 01-08-08 I deposited in the mail at Crescent City, California, a copy of the following document(s):

9

10

**ANSWER TO COMPLAINT FOR  INJUNCTIVE RELIEF AND DAMAGES; DENIAL OF CIVIL RIGHTS OF A DISABLED PERSON  IN VIOLATION OF THE AMERICAN WITH DISABILITIES ACT OF 1990; VIOLATION OF CALIFORNIA'S CIVIL RIGHTS STATUTES**

11

12

in a sealed envelope, with postage fully prepaid, addressed to:

13

14

15

        **JASON K. SINGLETON**
        Attorney at Law
        611 L Street, Suite A
        Eureka, CA  95501

16

17

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

18

Executed on 01-08-08 at Crescent City, Ca. 95531.

19

20

                **/s/**
                JEAN F. KOLL

21

22

23

24

25

26

27

28

-4-