**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX 441-1533**

**Attorney for Plaintiff, JEFF HOHLBEIN**

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HOHLBEIN,<br><br>　　　Plaintiff,<br>v.<br><br>DANIEL BALDWIN, individually and dba BISTRO GARDENS RESTAURANT, and DOES ONE to FIFTY, inclusive,<br><br>　　　Defendants. | Case No. CV-07-5953 MEJ<br><br>NOTICE OF CHANGE OF ATTORNEY EMAIL ADDRESS |

**TO THE ABOVE-CAPTIONED COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　**PLEASE TAKE NOTICE** that the attorneys for Plaintiff have changed their email addresses effective February 1, 2008. All other attorney information remains unchanged. The new email addresses are as follows:

　　JASON K. SINGLETON　　　　jason@singletonlawgroup.com

　　RICHARD E. GRABOWSKI　　　rgrabowski@mckinleyville.net

　　　　　　　　　　　　　　　　　　**SINGLETON LAW GROUP**

Dated:　　February 15, 2008　　　　　　　/s/ Jason K. Singleton
　　　　　　　　　　　　　　　　　　Jason K. Singleton,
　　　　　　　　　　　　　　　　　　Richard E. Grabowski, Attorneys for
　　　　　　　　　　　　　　　　　　Plaintiff, **JEFF HOHLBEIN**