**Jason K. Singleton**, State Bar #166170
lawgroup@sbcglobal.net
**Richard E. Grabowski**, State Bar # 236207
rgrabows@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX 441-1533

**Attorney for Plaintiff, JEFF HOHLBEIN**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HOHLBEIN,<br><br>     Plaintiff,<br><br>v.<br><br>DANIEL BALDWIN, individually and dba BISTRO GARDENS RESTAURANT, and DOES ONE to FIFTY, inclusive,<br><br>     Defendants. | Case No. CV 07-5953 MEJ<br><br>NOTICE OF NEED FOR MEDIATION |

Comes now Plaintiff, who hereby submits this "Notice of Need for Mediation" in compliance with the within Court's Scheduling Order filed in the above captioned matter on November 26, 2007. The parties held a joint site inspection on March 4, 2008, and Plaintiff provided Defendant a report of the violations found on the premises to commence settlement discussions. No discussions are being held and no communication from Defendant has been received.

                                                                        **SINGLETON LAW GROUP**

Dated:       March 13, 2008                              /s/ Jason K. Singleton
                                                                        Jason K. Singleton,
                                                                        Richard E. Grabowski, Attorneys for
                                                                        Plaintiff, **JEFF HOHLBEIN**