**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX 441-1533**

**Attorney for Plaintiff, JEFF HOHLBEIN**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF HOHLBEIN,**<br><br>         **Plaintiff,**<br>**v.**<br><br>**DANIEL BALDWIN, individually and dba BISTRO GARDENS RESTAURANT, and DOES ONE to FIFTY, inclusive,**<br><br>         **Defendants.** | Case No. CV 07-5953 MEJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE and (PROPOSED) ORDER** |

   Plaintiff **JEFF HOHLBEIN** and Defendant **DANIEL BALDWIN, individually and dba BISTRO GARDENS RESTAURANT** (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

   1.   The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///
///
///
///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: May 12, 2008   /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, **JEFF HOHLBEIN**

**LAW OFFICES OF FERMAN W. SIMS**

Dated: May 12, 2008   /s/ Ferman W. Sims
FERMAN W. SIMS, Attorney for Defendant
**DANIEL BALDWIN, individually and dba BISTRO GARDENS RESTAURANT**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>HOHLBEIN vs BALDWIN, et al.</u>, Case Number CV-07-5953 MEJ, is dismissed with prejudice with each party to bear his own attorneys fees and costs.

Dated: _____    _____
MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE