| | |
|---|---|
| 1 | **Jason K. Singleton**, State Bar #166170 |
| | jason@singletonlawgroup.com |
| 2 | **Richard E. Grabowski**, State Bar # 236207 |
| | rgrabowski@mckinleyville.net |
| 3 | **SINGLETON LAW GROUP** |
| | **611 "L" Street, Suite A** |
| 4 | **Eureka, CA 95501** |
| 5 | **(707) 441-1177** |
| | **FAX 441-1533** |
| 6 | |
| 7 | **Attorney for Plaintiff, JEFF HOHLBEIN** |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF HOHLBEIN,** | ) Case No. CV 07-5953 MEJ |
| Plaintiff, | ) |
| | ) **STIPULATION OF DISMISSAL WITH** |
| v. | ) **PREJUDICE and (PROPOSED) ORDER** |
| | ) |
| **DANIEL BALDWIN, individually and dba** | ) |
| **BISTRO GARDENS RESTAURANT, and** | ) |
| **DOES ONE to FIFTY, inclusive,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff **JEFF HOHLBEIN** and Defendant **DANIEL BALDWIN, individually and dba BISTRO GARDENS RESTAURANT** (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.   The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: May 12, 2008     /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, **JEFF HOHLBEIN**

**LAW OFFICES OF FERMAN W. SIMS**

Dated: May 12, 2008     /s/ Ferman W. Sims
FERMAN W. SIMS, Attorney for Defendant
**DANIEL BALDWIN, individually and dba BISTRO GARDENS RESTAURANT**

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>HOHLBEIN vs BALDWIN, et al.</u>, Case Number CV-07-5953 MEJ, is dismissed with prejudice with each party to bear his own attorneys fees and costs.

Dated: May 13, 2008

MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Maria-Elena James*